

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00112-CR

| | | |
|---|---|---|
| TAYTON SETH FINLEY, Appellant | § | On Appeal from County Criminal Court No. 5 |
| | § | of Tarrant County (1607688) |
| v. | § | November 3, 2022 |
| | § | Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT ON REHEARING

After reviewing the State's motion for rehearing, we grant the motion. We withdraw our September 22, 2022 opinion and judgment, and substitute the following.

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker